**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7103**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CARMEN JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:14-cr-00352-GJH-1; 8:18-cv-03461-GJH)

Submitted: December 11, 2020                     Decided: December 22, 2020

Before GREGORY, Chief Judge, and WYNN and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Brooks Greenlee, ANDREW B. GREENLEE, P.A., Sanford, Florida, for Appellant. Dwight John Draughon, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmen Johnson appeals the district court's order denying her 28 U.S.C. § 2255 motion and petition for a writ of error coram nobis.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, Nos. 8:14-cr-00352-GJH-1, 8:18-cv-03461-GJH (D. Md. filed June 16, 2020; entered June 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Johnson does not challenge that portion of the district court's order denying her § 2255 motion and, thus, she need not obtain a certificate of appealability from this court.

2